No. 81–1347. CHIAZOR ET AL. *v.* TRANSWORLD DRILLING CO., LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1348. FALLS STAMPING & WELDING CO. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–1352. ROMANO'S NETCONG, INC., ET AL. *v.* LERNER, DIRECTOR OF THE DIVISION OF ALCOHOLIC BEVERAGE CONTROL, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 81–1354. MUELLER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–1358. FLEER CORP. *v.* TOPPS CHEWING GUM, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1367. FRIERSON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 81–1369. SCHWANECKE ET AL. *v.* HARRIS COUNTY HOSPITAL DISTRICT. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.

No. 81–1375. KERR-MCGEE REFINING CORP. *v.* THOMPSON. C. A. 10th Cir. Certiorari denied.

No. 81–1377. DRESSER INDUSTRIES, INC. *v.* ALASKA DEPARTMENT OF LABOR. Sup. Ct. Alaska. Certiorari denied.

No. 81–1383. HASKON, INC., ET AL. *v.* LeSUEUR CREAMERY, INC. C. A. 8th Cir. Certiorari denied.